**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CITY PENSION FUND FOR FIREFIGHTERS AND POLICE OFFICERS IN THE CITY OF MIAMI BEACH, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEROVIRONMENT, INC., WAHID NAWABI, KEVIN P. MCDONNELL, and MARY CLUM,<br><br>Defendants. | Case No. 1:26-cv-00875-CFC<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), City Pension Fund for Firefighters and Police Officers in the City of Miami Beach ("Plaintiff") hereby voluntarily dismisses all claims in the above-captioned action (the "Action"), without prejudice, as to all Defendants. Plaintiff is dismissing its claims in the interest of judicial economy and resource conservation. As mentioned in the Opening Brief Plaintiff filed jointly with City of Miami Fire Fighters' and Police Officers' Retirement Trust (together with Plaintiff, the "Florida Funds") in support of their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF No. 7 at 1 n.1), another securities class action alleging substantially similar claims was filed in the U.S. District Court for the Eastern District of Virginia. *See Norrell v. AeroVironment, Inc.*, No. 1:26-cv-01429 (E.D. Va. filed May 26, 2026) ("*Norrell*"). While Plaintiff believes that venue is proper in this District, it also anticipates that the Action will likely be consolidated with *Norrell* in the Eastern District of Virginia, as that is where AeroVironment,

Inc. ("AeroVironment") is headquartered. The PSLRA requires courts to consolidate actions "asserting substantially the same claim or claims" before appointing a lead plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(ii). Where, as here, the actions are filed in different districts, consolidation is complicated by procedural requirements governing venue and transfer.

Apart from the motion of the Florida Funds, ECF No. 6, there were no other motions for appointment as Lead Plaintiff filed in the Action. In contrast, two other movants filed motions seeking appointment as Lead Plaintiff in *Norrell*. *See Norrell*, ECF Nos. 12, 15, 19. Plaintiff believes that, because *Norrell* is the action with competing motions for appointment as Lead Plaintiff, it is most prudent and efficient—and in the best interests of all parties, Class members, and the Court—for those motions to be decided in the *Norrell* action. This ensures that all movants are fully considered and conserves resources for the Court, all parties, and the Class. Voluntary dismissal of this case also conserves resources by eliminating the need for a motion to transfer once a Lead Plaintiff is appointed.

Investors' interests will continue to be protected in *Norrell*, in which the Lead Plaintiff will be able to file an amended complaint asserting the longer class period pled in the complaint in this Action, if it determines that doing so is in the best interest of the Class. This dismissal shall have no impact on Plaintiff's ability to participate in *Norrell* or any other class action alleging substantially similar claims against the Defendants herein.

No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. No Defendant has served an answer or motion for summary judgment, and no class has been certified in the Action. Moreover, no representatives for Defendants have appeared in the Action.

DATED: July 30, 2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Anthony M. Calvano*
Anthony M. Calvano (DE Bar ID #6265)
Gregory V. Varallo (DE Bar ID #2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
Telephone: (302) 364-3600
anthony.calvano@blbglaw.com
greg.varallo@blbglaw.com

-and-

Hannah Ross
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
hannah@blbglaw.com
scott.foglietta@blbglaw.com

*Counsel for Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON, P.A.**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
bob@robertdklausner.com

*Additional Counsel for Plaintiff City Pension Fund for Firefighters and Police Officers in the City of Miami Beach*